No. 25-1474

_____

IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

CHELSEY GOSSE
APPELLANT

v.

TRANSWORLD SYSTEMS, INC.

U.S. BANK, N.A.

RATCHFORD LAW GROUP, P.C.

NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-3

APPELLEES

_____

ON APPEAL FROM THE ORDER DATED FEBRUARY 7, 2025, OF THE
UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
PENNSYLVANIA AT DOCKET NO. 3:20-cv-01446-KMN
DISMISSING THE CASE

_____

**APPELLANT'S BRIEF ADDENDUM**
_____

Robert P. Cocco, Esq.
Robert P. Cocco, P.C.
Attorney I.D. No. 61907
1500 Walnut St., Ste. 900
Philadelphia, PA  19102
(215) 351-0200
bob.cocco@phillyconsumerlaw.com
COUNSEL FOR APPELLANT

## STATEMENT OF RELATED CASES

LESROY E. BROWNE, *on behalf of himself and those similarly situated, Appellant-Plaintiff* v. NATIONAL COLLEGIATE STUDENT LOAN TRUST, also known as National Collegiate Master Student Loan Trust I ET AL. *Appellees-Defendants.* United States Court of Appeals *for the* Third Circuit No. 24-1896

ON APPEAL FROM AN ORDER ENTERED IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY IN CASE NO. 2:22-cv-02713 BEFORE THE HONORABLE MADELINE COX ARLEO, U.S.D.J.